159 A.3d 932

COMMONWEALTH of Pennsylvania, Respondent

v.

Eric Nigel TAULTON, Petitioner

No. 284 MAL 2016

Supreme Court of Pennsylvania.

October 18, 2016

### ORDER

PER CURIAM

**AND NOW,** this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**